No. 361.   EQUITABLE LIFE INSURANCE Co. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.   *Joseph F. Castiello* for petitioner.   *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 362.   SCHMIDT *v.* McCARTHY ET AL.   C. A. D. C. Cir.   Certiorari denied.   *Cornelius H. Doherty* for petitioner.

No. 371.   Low *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Saul Grayson* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 381.   MINICHELLO ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY, ET AL.   C. A. 3d Cir.   Certiorari denied.   *Anthony C. Falvello* and *Arthur D. Dalessandro* for petitioners.   *Solicitor General Griswold* for respondent Camp.

No. 385.   PAXTON *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.   *Elwaine F. Pomeroy* for petitioner. *Robert C. Londerholm,* Attorney General of Kansas, and *Edward G. Collister, Jr.,* for respondent.

No. 55.   PEYTON, PENITENTIARY SUPERINTENDENT *v.* COLES.   C. A. 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for petitioner.   *James R. Moore* for respondent.